# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rice, Walter H. | U.S. District Court, Southern District of Ohio | 04/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Senior) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
200 West Second Street
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. Trustee | Trust #2 (reportable assets are included in Part VII) |
| 3. Board of Directors | Building Bridges |
| 4. Trustee | National Aviation Heritage Foundation |
| 5. Trustee | Wright Dunbar |
| 6. Board of Advisors | University of Dayton School of Law |
| 7. Chairperson | Dayton Dialogue on Race Relations |
| 8. Co-chair | Ex-Offender Reentry Council |
| 9. Chairman of the Board | American Veterans Heritage Commission |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Ohio Public Employees Retirement System (pension) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Fifth-Third Bank (cash) | A | Interest | N | T | | | | | |
| 3. KeyBank (cash) | A | Interest | L | T | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. Comm Services Select Sector (XLC) | A | Dividend | J | T | | | | | |
| 6. Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 7. First TR Exchange Traded (FDN) | | None | J | T | Sold (part) | 05/12/20 | J | A | |
| 8. First Trust Cloud Computing ETF (SKYY) (X) | A | Dividend | J | T | | | | | |
| 9. Health Care Select SPDR (XLV) | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 10. IShares NASDAQ Biotech (IBB) | A | Dividend | J | T | | | | | |
| 11. IShares Core S&P US Growth ETF (IUSG) | A | Dividend | J | T | | | | | |
| 12. IShares Core S&P US Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 13. Ishares MSCI Emerging (EEMA) | A | Dividend | J | T | | | | | |
| 14. Materials Select Sector (XLB) (Y) | | | | | | | | | |
| 15. Real Estate Select (XLRE) (Y) | | | | | | | | | |
| 16. Sector SPDR Consmrs Stpl (XLP) | A | Dividend | J | T | Sold (part) | 05/12/20 | J | A | |
| 17. Sector SPDR Energy (XLE) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sector SPDR Industrial (XLI) | A | Dividend | J | T | | | | | |
| 19. Sector SPDR Utilities (XLU) (Y) | | | | | | | | | |
| 20. Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 21. Vanguard Information (VGT) | A | Dividend | J | T | Buy (add'l) | 05/14/20 | J | | |
| 22. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | | | | | |
| 23. Account #2 (H) | | | | | | | | | |
| 24. ML Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 25. Abbott Labs (ABT) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 26. | | | | | Sold (part) | 05/29/20 | J | A | |
| 27. Air Products & Chem (APD) | A | Dividend | J | T | Buy (add'l) | 03/23/20 | J | | |
| 28. | | | | | Sold (part) | 05/15/20 | J | A | |
| 29. Alphabet Inc Shs Cl A (GOOGL) | | None | K | T | Buy | 05/15/20 | K | | |
| 30. Amazon Com Inc Com (AMZN) | | None | K | T | Buy | 05/15/20 | K | | |
| 31. | | | | | Sold (part) | 06/16/20 | J | A | |
| 32. | | | | | Sold (part) | 08/04/20 | J | A | |
| 33. Amer Express Company (AXP) | A | Dividend | | | Buy | 05/15/20 | J | | |
| 34. | | | | | Buy (add'l) | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/25/20 | J | A | |
| 36. American Tower Reit Inc (AMT) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 37. Amgen Inc Com (AMGN) | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 38. | | | | | Sold | 05/15/20 | J | B | |
| 39. Amn Elec Power (AEP) | A | Dividend | | | Sold (part) | 05/15/20 | J | | |
| 40. | | | | | Sold | 10/06/20 | J | A | |
| 41. AT&T Inc. (T) | A | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 42. | | | | | Sold | 05/15/20 | K | | |
| 43. Anthem Inc (ANTM) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 44. Aon Plc Reg Shs (AON) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 45. Apple Inc (AAPL) | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 46. | | | | | Sold (part) | 05/19/20 | J | A | |
| 47. | | | | | Sold (part) | 08/04/20 | J | B | |
| 48. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 49. Ball Corp Com (BLL) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 50. Becton Dickinson Co (BDX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 51. | | | | | Sold (part) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackstone Group Inc Com Cl A (BX) | A | Dividend | | | Sold (part) | 03/06/20 | J | A | |
| 53. | | | | | Sold | 03/20/20 | J | | |
| 54. Blackrock Inc (BLK) | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 55. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 56. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 57. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 58. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 59. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 60. | | | | | Sold (part) | 05/15/20 | J | B | |
| 61. Bristol-Myers Squibb Co (BMY) | A | Dividend | | | Buy (add'l) | 04/13/20 | J | | |
| 62. | | | | | Sold | 05/15/20 | J | B | |
| 63. Broadcom Ltd (AVGO) | A | Dividend | | | Buy (add'l) | 03/25/20 | J | | |
| 64. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 65. | | | | | Sold | 05/15/20 | K | A | |
| 66. Capital One Finl (COF) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 67. Carrier Global Corp Reg (CARR) | | None | | | Spinoff (from line 185) | 04/07/20 | J | | |
| 68. | | | | | Sold | 04/13/20 | J | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Caterpillar Inc Del (CAT) | A | Dividend | | | Sold<br>(part) | 04/13/20 | J | | |
| 70. | | | | | Sold | 04/14/20 | J | | |
| 71. Chevron Corp (CVX) | A | Dividend | J | T | Sold | 01/09/20 | J | | |
| 72. | | | | | Buy | 04/13/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 74. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 75. Chubb Ltd (CB) | A | Dividend | | | Sold<br>(part) | 04/27/20 | J | | |
| 76. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 77. | | | | | Sold | 05/15/20 | J | | |
| 78. Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | A | |
| 79. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 80. Citigroup Inc Com New (C) | A | Dividend | J | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 82. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 84. Clorox Co Del Com (CLX) | A | Dividend | | | Buy | 03/20/20 | J | | |
| 85. | | | | | Sold | 05/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Comcast Corp New Cl A (CMCSA) | | None | J | T | Buy | 12/09/20 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 88. Constellation Brands Inc (STZ) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 89. | | | | | Sold<br>(part) | 09/29/20 | J | | |
| 90. Costco Wholesale Crp Del (COST) | A | Dividend | K | T | Buy | 05/15/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 92. Coca Cola Com (KO) | A | Dividend | | | Sold<br>(part) | 04/13/20 | J | A | |
| 93. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 94. | | | | | Sold | 05/15/20 | J | A | |
| 95. Crown Castle REIT Inc (CCI) | A | Dividend | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 96. | | | | | Sold | 05/15/20 | J | B | |
| 97. CSX Corp (CSX) | | None | | | Buy | 04/27/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 100. | | | | | Sold | 05/15/20 | J | | |
| 101. Danaher Corp Del Com (DHR) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 102. Digital Rlty Tr Inc. (DLR) | A | Dividend | | | Buy<br>(add'l) | 02/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 02/21/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 105. | | | | | Sold<br>(part) | 04/27/20 | J | A | |
| 106. | | | | | Sold | 05/15/20 | J | B | |
| 107. Disney (Walt) Co Com Stk (DIS) | | None | K | T | Buy | 05/15/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 109. | | | | | Sold<br>(part) | 10/06/20 | J | A | |
| 110. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 111. Eli Lilly & Co (LLY) | A | Dividend | J | T | Buy | 02/21/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 114. Entergy Corp New (ETR) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 115. Equinix Inc (EQIX) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 116. Exxon Mobile Corp (XOM) | A | Dividend | | | Sold<br>(part) | 03/20/20 | J | | |
| 117. | | | | | Sold | 03/23/20 | J | | |
| 118. FedEx Corp Delaware Com (FDX.DE) | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Fidelity Natl Info Svcs (FIS) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 122. Fifth Third Bancorp (FITB) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 123. Fiserv Inc Wisc (FISV) | | None | J | T | Buy | 05/15/20 | J | | |
| 124. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 125. Hilton Worldwide (HLT) | | None | J | T | Buy | 05/15/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 127. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 128. Honeywell Intl Inc Del (HON) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 129. Intel Corp (INTC) | A | Dividend | | | Buy | 05/15/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 131. | | | | | Sold | 10/23/20 | J | | |
| 132. Intercontinental Exchange Inc (ICE) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 133. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 134. Intuit Inc Com (INTU) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 135. Johnson and Johnson Com (JNJ) | | None | | | Buy | 04/21/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 04/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/23/20 | J | | |
| 138. | | | | | Sold | 05/15/20 | J | | |
| 139.  JP Morgan Chase & Co (JPM) | A | Dividend | K | T | Sold (part) | 05/15/20 | J | | |
| 140. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 141. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 142.  Kansas City Southern (KSU) | | None | J | T | Buy | 12/09/20 | J | | |
| 143.  Kinder Morgan Inc. (KMI) | A | Dividend | | | Buy (add'l) | 02/20/20 | J | | |
| 144. | | | | | Buy (add'l) | 02/24/20 | J | | |
| 145. | | | | | Sold | 05/15/20 | J | | |
| 146.  Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 147. | | | | | Sold (part) | 05/15/20 | J | A | |
| 148. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 149. | | | | | Sold (part) | 11/10/20 | J | A | |
| 150.  McDonalds Corp. (MCD) | A | Dividend | J | T | Sold (part) | 03/20/20 | J | A | |
| 151.  Medtronic Plc SHS (MDT) | A | Dividend | | | Buy (add'l) | 04/13/20 | J | | |
| 152. | | | | | Sold | 05/15/20 | J | | |
| 153.  Merk and Co Ins SHS (MRK) | A | Dividend | | | Sold (part) | 04/21/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/22/20 | J | A | |
| 155. | | | | | Sold (part) | 05/15/20 | J | A | |
| 156. | | | | | Sold | 10/30/20 | J | | |
| 157.  Microchip Technology Inc (MCHIP) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 158.  Microsoft Corp (MSFT) | A | Dividend | K | T | Buy (add'l) | 03/06/20 | J | | |
| 159. | | | | | Buy (add'l) | 05/15/20 | K | | |
| 160. | | | | | Sold (part) | 06/04/20 | J | B | |
| 161. | | | | | Sold (part) | 08/04/20 | J | A | |
| 162. | | | | | Sold (part) | 12/07/20 | J | B | |
| 163.  Nextera Energy Inc Shs (NEE) | A | Dividend | K | T | Buy | 05/15/20 | J | | |
| 164.  Nike Inc Cl B (NKE) | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 165. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 166.  Northrop Grumman Corp (NOC) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 167. | | | | | Sold (part) | 11/09/20 | J | | |
| 168.  Otis Worldwide Corp Reg (OTIS) | | None | | | Spinoff (from line 185) | 04/07/20 | J | | |
| 169. | | | | | Sold | 04/13/20 | J | | |
| 170.  Parker Hannifin Corp (PH) | | None | J | T | Buy | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 172. Pepsico Inc (PEP) | A | Dividend | J | T | Buy (add'l) | 05/15/20 | J | | |
| 173. Pfizer Inc. (PFE) | A | Dividend | | | Sold (part) | 02/20/20 | J | | |
| 174. | | | | | Sold | 02/21/20 | J | | |
| 175. Procter & Gamble Co (PG) | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 176. | | | | | Sold (part) | 05/15/20 | J | | |
| 177. | | | | | Sold (part) | 06/04/20 | J | | |
| 178. | | | | | Sold (part) | 12/07/20 | J | A | |
| 179. Progressive Corp Ohio (PGR) | | None | J | T | Buy | 11/12/20 | J | | |
| 180. Prudential Financial Inc (PRU) | A | Dividend | | | Buy (add'l) | 03/20/20 | J | | |
| 181. | | | | | Sold | 05/15/20 | J | | |
| 182. Prologis Inc (PLD) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 183. Qualcomm Inc (QCOM) | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 184. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 185. Raytheon Technologies (RTX) | A | Dividend | | | Sold (part) | 04/13/20 | J | | |
| 186. | | | | | Sold | 04/14/20 | J | | |
| 187. | | | | | Buy | 05/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 05/19/20 | J | A | |
| 189. | | | | | Sold | 10/06/20 | J | A | |
| 190. Realty Incom Crp Md (O) | A | Dividend | | | Buy | 01/28/20 | J | | |
| 191. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 192. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 193. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 194. | | | | | Buy (add'l) | 02/24/20 | J | | |
| 195. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 196. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 197. | | | | | Sold | 05/15/20 | J | | |
| 198. Ross Stores Inc Com (ROST) | | None | J | T | Buy | 05/15/20 | J | | |
| 199. Royal Bank Canada (RY) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 200. Royal Dutch Shell PLC Spons ADR B (RDSB) | A | Dividend | | | Sold (part) | 01/17/20 | J | A | |
| 201. | | | | | Sold (part) | 01/21/20 | J | A | |
| 202. | | | | | Sold (part) | 01/22/20 | J | A | |
| 203. | | | | | Sold (part) | 01/28/20 | J | A | |
| 204. | | | | | Sold (part) | 01/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 02/20/20 | J | | |
| 206. | | | | | Sold (part) | 02/21/20 | J | | |
| 207. | | | | | Sold | 02/24/20 | J | | |
| 208. Salesforce Com Inc (CRM) | | None | J | T | Buy | 05/15/20 | J | | |
| 209. Stryker Corp (SYK) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 210. Target Corp (TGT) | A | Dividend | | | Sold | 05/15/20 | J | C | |
| 211. Texas Instruments (TXN) | | None | J | T | Buy | 11/12/20 | J | | |
| 212. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 213. | | | | | Sold (part) | 11/25/20 | J | A | |
| 214. Thomson Reuters Corp Reg (TRI) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 215. TJX Cos Inc New (TJX) | | None | J | T | Buy | 05/15/20 | J | | |
| 216. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 217. Toronto Dominion Bank (TD) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 218. Total SE (TOT) | | None | J | T | Buy | 12/09/20 | J | | |
| 219. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 220. Trane Technologies PLC (TT) | | None | | | Buy | 10/08/20 | J | | |
| 221. | | | | | Buy (add'l) | 10/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 11/11/20 | J | A | |
| 223.  Truist Finl Corp (TFC) | A | Dividend | J | T | Sold (part) | 03/06/20 | J | | |
| 224. | | | | | Sold (part) | 03/09/20 | J | | |
| 225. | | | | | Sold (part) | 03/10/20 | J | | |
| 226.  Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 227.  United Health Group Inc (UNH) | A | Dividend | J | T | Buy | 05/15/20 | J | | |
| 228.  United Parcel Svc CL B (UPS) | A | Dividend | | | Sold | 05/15/20 | J | | |
| 229.  United Techs Corp Com (UTX) | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 230. | | | | | Merged (with line 185) | 04/07/20 | J | | |
| 231.  V F Corporation (VFC) | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 232. | | | | | Buy (add'l) | 01/06/20 | J | | |
| 233. | | | | | Sold (part) | 03/20/20 | J | | |
| 234. | | | | | Sold | 05/15/20 | J | | |
| 235.  Verizon Communicatns Com (VZ) | A | Dividend | J | T | Buy (add'l) | 03/20/20 | J | | |
| 236. | | | | | Sold (part) | 05/15/20 | J | | |
| 237. | | | | | Sold (part) | 12/07/20 | J | A | |
| 238.  Visa Inc Cl A Shrs (V) | A | Dividend | K | T | Buy | 05/15/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Walmart Inc (WMT) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | A | |
| 240. | | | | | Sold (part) | 04/21/20 | J | A | |
| 241. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 242. | | | | | Sold (part) | 06/04/20 | J | A | |
| 243. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 244.  Waste Mangement Inc New (WM) | A | Dividend | | | Buy | 05/15/20 | J | | |
| 245. | | | | | Sold (part) | 10/27/20 | J | A | |
| 246. | | | | | Sold | 10/28/20 | J | A | |
| 247.  Zoetis Inc (ZTS) | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 248.  Comm Services Select (XLC) | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 249. | | | | | Sold (part) | 04/15/20 | J | | |
| 250. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 251. | | | | | Sold (part) | 05/13/20 | J | A | |
| 252. | | | | | Sold (part) | 05/15/20 | J | A | |
| 253.  Consumer Discretionary SPDR (XLY) | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 254. | | | | | Sold (part) | 03/11/20 | J | B | |
| 255. | | | | | Sold (part) | 04/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 257. | | | | | Sold<br>(part) | 05/13/20 | J | B | |
| 258. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 259. | | | | | Sold<br>(part) | 10/20/20 | J | B | |
| 260. First Trust Dow Jones (FDN) | | None | K | T | Sold<br>(part) | 04/13/20 | J | A | |
| 261. | | | | | Sold<br>(part) | 05/13/20 | J | A | |
| 262. First Trust Cloud Comp ETF (SKYY) | A | Dividend | K | T | Sold<br>(part) | 04/13/20 | J | A | |
| 263. | | | | | Sold<br>(part) | 05/13/20 | J | B | |
| 264. Health Care Select SPDR (XLV) | A | Dividend | K | T | Sold<br>(part) | 03/11/20 | J | A | |
| 265. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 266. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 267. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 268. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 269. Ishares Nasdaq Biotech (IBB) | A | Dividend | J | T | Sold<br>(part) | 03/11/20 | J | A | |
| 270. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 271. IShares S&P Small Cap 600 Growth (IJT) | A | Dividend | J | T | | | | | |
| 272. IShares S&P Small Cap 600 Value (IJS) | A | Dividend | J | T | Buy<br>(add'l) | 05/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. IShares Core S&P US Growth ETF (IUSG) | A | Dividend | L | T | Sold<br>(part) | 04/13/20 | J | A | |
| 274. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 275. IShares Core S&P US Value ETF (IUSV) | B | Dividend | K | T | | | | | |
| 276. Pacer Benchmark Data and Infrastructure (SRVR) | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 277. Proshares Online Retail ETF (ONLN) | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 278. Real Estate Select Sector SPDR FD SHS (XLRE) | A | Dividend | | | Sold<br>(part) | 05/13/20 | J | | |
| 279. | | | | | Sold | 10/20/20 | J | A | |
| 280. SPDR Financial Sector (XLF) | A | Dividend | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 281. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 282. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 283. Vanguard Consumer (VDC) | A | Dividend | K | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 284. Vanguard Materials (VAW) | A | Dividend | J | T | | | | | |
| 285. Vanguard Information Tech (VGT) | A | Dividend | L | T | Sold<br>(part) | 01/16/20 | J | B | |
| 286. | | | | | Sold<br>(part) | 03/11/20 | J | A | |
| 287. | | | | | Sold<br>(part) | 05/13/20 | J | A | |
| 288. | | | | | Sold<br>(part) | 05/15/20 | J | B | |
| 289. | | | | | Sold<br>(part) | 08/12/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Vanguard Industrial (VIS) | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 291. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 292. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 293. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 294. Vanguard FTSE Developed Markets ETF<br>(VEA) | B | Dividend | L | T | Buy<br>(add'l) | 04/15/20 | J | | |
| 295. Account #3 (H) | | | | | | | | | |
| 296. ML Bank Deposit Program (cash) (was BIF<br>Money Fund (cash)) | A | Interest | J | T | | | | | |
| 297. Alburquerque NM Mun SD (013595TG8) | B | Interest | | | Redeemed | 08/03/20 | K | | |
| 298. Delaware Cnty PA Auth Rev Villanova<br>Univ (245913LA4) | C | Interest | | | Redeemed | 08/03/20 | L | | |
| 299. North Dakota Pub Fin (65887PRK3) | C | Interest | | | Redeemed | 10/01/20 | L | | |
| 300. Milwaukee Wis Sew Rev (60242MCD3) | C | Interest | M | T | | | | | |
| 301. Massachusetts ST Dev Fin (57584XUB5) | C | Interest | M | T | | | | | |
| 302. Wake Cnty NC Ltd Oblig (930876CL9) | B | Interest | L | T | | | | | |
| 303. Met Gvt Nashville-Davidson Co Tn Rf<br>(592112LW4) | B | Interest | L | T | | | | | |
| 304. Delaware St Ser B RF (246381FC6) | C | Interest | L | T | | | | | |
| 305. Chicago Ill O Hare Intl (167593B92) | B | Interest | L | T | | | | | |
| 306. Honolulu HI CY-CO WWTR Sys Rev Sr-<br>First BD (438701J96) | C | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. New York St Dorm Auth St Pers Income Tax Rev D RF (64990E5P8) | C | Interest | L | T | | | | | |
| 308. Granite Sch Dist Utah Salt Lake Cnty (387460QJ0) | | None | L | T | Buy | 10/22/20 | L | | |
| 309. Sioux Falls SD Sales Tax (829594LQ1) | B | Interest | L | T | | | | | |
| 310. Minnesota St. Ser D (60412AGR8) | C | Interest | L | T | | | | | |
| 311. Orlando Fla Utils Commn Util Sys Rev Ref BDS (686507JP0) | | None | K | T | Buy | 09/30/20 | K | | |
| 312. Denver Colo City & Cnty Sch Dist NO1 Sch GTD (249174VF7) | C | Interest | L | T | | | | | |
| 313. New Jersey St Tpk Auth (646139B20) | B | Interest | L | T | | | | | |
| 314. District Columbia Income (25477GQB4) | B | Interest | L | T | Buy | 08/14/20 | L | | |
| 315. Fort Bend Tex Indpt Sch Dist (346843QN8) | B | Interest | L | T | | | | | |
| 316. Mississippi St Lt SER B (605581HZ3) | C | Interest | L | T | | | | | |
| 317. Washington St Var Purp (93974D2S6) | C | Interest | L | T | | | | | |
| 318. Account #4 (H) | | | | | | | | | |
| 319. ML Bank Deposit - BOA (cash) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rice, Walter H.** | 04/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 139: Consolidation of lines 124 and 179 of the prior report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Rice, Walter H. | 04/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Walter H. Rice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544